CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY) v. C. R. H. BUILDING CORPORATION, in Dissolution, NOSTHROP HOLDING CORP., THE R-W REALTY CO., INC., MELVILLE SHOE CORPORATION, THOM MCAN SHOE COMPANY, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 891.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM I. ROSENFELD v. NORMAN P. S. SCHLOSS, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of TITLE GUARANTEE AND TRUST COMPANY, as Executor of the Last Will and Testament and Codicil of EDWARD W. BROWNING, Deceased. Application to Punish LAWRENCE REISS, Also Known as SIGMUND L. REISS, for Contempt for Refusing and Neglecting to Obey Subpœnas Duly Served upon Him. LAWRENCE REISS. DOROTHY BROWNING HOOD.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANN SILVER v. DRY DOCK SAVINGS INSTITUTION.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 283.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

BANKERS TRUST COMPANY v. 1 EAST 88TH STREET CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

MANHATTAN SQUARE BERESFORD, INC., v. PENN MUTUAL LIFE INSURANCE COMPANY, Impleaded with JACOB PERLMAN, TILLIE BRILLSTEIN and BENJAMIN PERLMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument and for resettlement of order, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Petition of ALFRED RATHHEIM, as One of the Administrators with the Will Annexed of the Estate of SARA M. FRANK, Deceased, for the Discovery of Property Withheld by PAUL ACKERMANN. PAUL ACKERMANN. ALFRED RATHHEIM, as Administrator C. T. A., etc. In the Matter of the Application of WILMA ACKERMANN to Compel Payment of Her Claim against the Estate of SARA M. FRANK, Deceased. WILMA ACKERMANN. ALFRED RATHHEIM and EDGAR A. SAMUEL, Administrators C. T. A.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of DIMOCK AND FINK PLUMBING SUPPLY CORPORATION to JOBBERS CREDIT ASSOCIATION, INC. AMERICAN RADIATOR & STANDARD SANITARY CORPORATION. JOBBERS CREDIT ASSOCIATION, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.